**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Mahuwe,<br><br>   Plaintiff,<br><br>v.<br><br>Petsmart,<br><br>   Defendant. | No. CV12-0263-PHX-DGC<br><br>**ORDER** |

Plaintiff has filed a document entitled "Motion: Need more times." Doc. 21. The motion does not indicate what date or dates Plaintiff wishes to extend, nor does it give good cause for an extension of time. This case is set for a Rule 16 Case Management Conference on July 20, 2012 at 3:30 p.m. before the Honorable David G. Campbell, 401 West Washington Street, Courtroom 603, Phoenix, Arizona 85003. The Rule 16 Case Management Conference will be held at the scheduled time.

**IT IS ORDERED** that Plaintiff's motion (Doc. 21) is **denied**.

Dated this 12th day of July, 2012.

David G. Campbell
United States District Judge